UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANGELA MINGUS,

    Plaintiff,

-vs-                                              CASE NO.: 3:16-CV-00452-DJH

GLA COLLECTION COMPANY, INC.,

    Defendant

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANGELA MINGUS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ANGELA MINGUS, and Defendant, GLA COLLECTION COMPANY, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  William E. Smith, III Bonterra Building, Suite 200, 3620 Blackiston Blvd. New Albany IN 47150.

                                                                         */s/Frank H. Kerney, III, Esquire*
                                                                         Frank H. Kerney, III, Esquire
                                                                         *Admitted Pro Hac Vice (*Florida Bar #: 88672)
                                                                         Morgan & Morgan, Tampa, P.A.
                                                                         One Tampa City Center
                                                                         201 North Franklin Street, 7th Floor
                                                                         Tampa, FL 33602
                                                                         Telephone: (813) 223-5505
                                                                         Facsimile:  (813) 223-5402
                                                                         fkerney@forthepeople.com
                                                                         jkneeland@forthepeople.com
                                                                         cfallara@forthepeople.com
                                                                         Counsel for Plaintiff